AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Jay F. and Shari L., individually, and A.F., a minor, by and through his guardian ad litem, Shari L.,

*Plaintiff(s)*

v.

William S. Hart Union High School District, a local educational agency,

*Defendant(s)*

Civil Action No. 2:16-CV-05117

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William S. Hart Union High School District
21380 Centre Pointe Parkway
Santa Clarita, CA 91350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christy Ferioli, State Bar No. 289083
Public Counsel
610 South Ardmore Avenue
Los Angeles, CA 90005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*