1  DANIEL GONZALEZ, Bar No. 223517
   dlgonzalez@littler.com
2  LITTLER MENDELSON, P.C.
   2049 Century Park East
3  5th Floor
   Los Angeles, CA  90067.3107
4  Telephone:  310.553.0308
   Facsimile:   310.553.5583
5
   Attorneys for Defendant
6  WILLIAM S. HART UNION HIGH SCHOOL
   DISTRICT
7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10 | Jay F. and Shari L., individually, and    | Case No.  2:16-CV-05117-SJO-GJS
   | A.F., a minor, by and through his
11 | guardian ad litem, Shari L.,              | ASSIGNED FOR ALL PURPOSES TO
                                                 HONORABLE S. JAMES OTERO
12 |              Plaintiff,                    |
                                                 **ANSWER OF DEFENDANT**
13 | v.                                         | **WILLIAM S. HART UNION HIGH**
                                                 **SCHOOL DISTRICT**
14 |
   | William S. Hart Union High School         | Complaint Filed: July 15, 2016
15 | District, a local educational agency,     |

16 |              Defendant.                    |

17

18

19

20

21

22

23

24

25

26

27

28

1      COMES NOW Defendant William S. Hart Union High School District

2   ("Defendant" or the "District"), by and through its attorneys, hereby submits its

3   Answer, for itself, and no other defendant, in answer to the Complaint for

4   (1) violations of the Individuals with Disabilities Education Act (20 U.S.C. § 1400 *et*

5   *seq.*); (2) violation of Section 504 of the Rehabilitation Act (29 U.S.C. § 794) and its

6   regulations, and (3) Attorney's fees and costs (20 U.S.C. § 1415(i)(3) ("Complaint")

7   filed by Plaintiffs Jay F., Shari L. and A.F., (collectively "Plaintiffs"):

8      1. Answering Paragraph 1 of the Complaint, Defendant asserts that

9   the statute cited by Plaintiffs in this paragraph is the best evidence of what it provides.

10   The remaining assertions are conclusion of law or legal principles which are not

11   allegations of fact requiring an admission or denial under the Federal Rules of Civil

12   Procedure, and therefore no answer is required.

13      2. Answering Paragraph 2 of the Complaint, Defendant denies each

14   and every allegation contained therein.

15      3. Answering Paragraph 3 of the Complaint, Defendant denies each

16   and every allegation contained therein.

17      4. Answering Paragraph 4 of the Complaint, Defendant denies each

18   and every allegation contained therein.

19      5. Answering Paragraph 5 of the Complaint, Defendant admits that

20   A.F. was expelled in the spring of 2015.  Except as otherwise admitted, Defendant

21   denies each and every allegation contained therein.

22      6. Answering Paragraph 6 of the Complaint, Defendant denies each

23   and every allegation contained therein.

24      7. Answering Paragraph 7 of the Complaint, Defendant admits that

25   Plaintiff seeks a determination that A.F.'s behavior was related to his disabilities,

26   reversal of his expulsion, and placement in an appropriate educational program.

27      8. Answering Paragraph 8 of the Complaint, Defendant admits that

28   this is a civil action over which this Court has original jurisdiction.

9.      Answering Paragraph 9 of the Complaint, Defendant lacks information or belief sufficient to admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation contained therein.

10.     Answering Paragraph 10 of the Complaint, Defendant admits that Defendant is located in Los Angeles County, which is in the Central District of California and that the events at issue took place in Los Angeles County.  The remaining assertions are conclusion of law or legal principles which are not allegations of fact requiring an admission or denial under the Federal Rules of Civil Procedure, and therefore no answer is required.

11.     Answering Paragraph 11 of the Complaint, Defendant admits that A.F. is a minor.  Except as otherwise admitted, Defendant lacks information or belief sufficient to admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation contained therein.

12.     Answering Paragraph 12 of the Complaint, Defendant lacks information or belief sufficient to admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation contained therein.

13.     Answering Paragraph 13 of the Complaint, Defendant lacks information or belief sufficient to admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation contained therein.

14.     Answering Paragraph 14 of the Complaint, Defendant lacks information or belief sufficient to admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation contained therein.

15.     Answering Paragraph 15 of the Complaint, Defendant is a public school district organized and existing under the laws of the state of California, located in Los Angeles County and it received federal funding.  Except as otherwise admitted, Defendant lacks information or belief sufficient to admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation contained therein.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1    16.    Answering Paragraph 16 of the Complaint, Defendant lacks
2    information or belief sufficient to admit or deny the allegations contained in this
3    paragraph and, on that basis, denies each and every allegation contained therein.
4    17.    Answering Paragraph 17 of the Complaint, Defendant admits that
5    A.F. has previously purported to have been diagnosed with ADHD.  Except as
6    otherwise admitted, Defendant lacks information or belief sufficient to admit or deny
7    the allegations contained in this paragraph and, on that basis, denies each and every
8    allegation contained therein.
9    18.    Answering Paragraph 18 of the Complaint, Defendant lacks
10   information or belief sufficient to admit or deny the allegations contained in this
11   paragraph and, on that basis, denies each and every allegation contained therein.
12   19.    Answering Paragraph 19 of the Complaint, Defendant lacks
13   information or belief sufficient to admit or deny the allegations contained in this
14   paragraph and, on that basis, denies each and every allegation contained therein.
15   20.    Answering Paragraph 20 of the Complaint, Defendant lacks
16   information or belief sufficient to admit or deny the allegations contained in this
17   paragraph and, on that basis, denies each and every allegation contained therein.
18   21.    Answering Paragraph 21 of the Complaint, Defendant lacks
19   information or belief sufficient to admit or deny the allegations contained in this
20   paragraph and, on that basis, denies each and every allegation contained therein.
21   22.    Answering Paragraph 22 of the Complaint, sets forth Plaintiffs'
22   characterization of the nature of the action, and therefore consists of legal conclusions
23   to which no response is required.  To the extent this paragraph suggests that there was
24   a violation of rights, Defendant denies each and every allegation contained therein.
25   23.    Answering Paragraph 23 of the Complaint, A.F.'s parents testified
26   that he has faced challenges since he was in elementary school in Newhall School
27   District.  Paragraph 23 otherwise sets forth Plaintiffs' characterization of the nature of
28   the action, and therefore consists of legal conclusions to which no response is

1    required. To the extent this paragraph suggests that there was a violation of rights,

2    Defendant denies each and every allegation contained therein.

3            24.    Answering Paragraph 24 of the Complaint, sets forth Plaintiffs'

4    characterization of the nature of the action, and therefore consists of legal conclusions

5    to which no response is required.  To the extent this paragraph suggests that there was

6    a violation of rights, Defendant denies each and every allegation contained therein.

7            25.    Answering Paragraph 25 of the Complaint, sets forth Plaintiffs'

8    characterization of the nature of the action, and therefore consists of legal conclusions

9    to which no response is required.  To the extent this paragraph suggests that there was

10   a violation of rights, Defendant denies each and every allegation contained therein.

11           26.    Answering Paragraph 26 of the Complaint, sets forth Plaintiffs'

12   characterization of the nature of the action, and therefore consists of legal conclusions

13   to which no response is required.  To the extent this paragraph suggests that there was

14   a violation of rights, Defendant denies each and every allegation contained therein.

15           27.    Answering Paragraph 27 of the Complaint, sets forth Plaintiffs'

16   characterization of the nature of the action, and therefore consists of legal conclusions

17   to which no response is required.  To the extent this paragraph suggests that there was

18   a violation of rights, Defendant denies each and every allegation contained therein.

19           28.    Answering Paragraph 28 of the Complaint, sets forth Plaintiffs'

20   characterization of the nature of the action, and therefore consists of legal conclusions

21   to which no response is required.  To the extent this paragraph suggests that there was

22   a violation of rights, Defendant denies each and every allegation contained therein.

23           29.    Answering Paragraph 29 of the Complaint, sets forth Plaintiffs'

24   characterization of the nature of the action, and therefore consists of legal conclusions

25   to which no response is required.  To the extent this paragraph suggests that there was

26   a violation of rights, Defendant denies each and every allegation contained therein.

27           30.    Answering Paragraph 30 of the Complaint, sets forth Plaintiffs'

28   characterization of the nature of the action, and therefore consists of legal conclusions

1   to which no response is required.  To the extent this paragraph suggests that there was

2   a violation of rights, Defendant denies each and every allegation contained therein.

3        31.    Answering Paragraph 31 of the Complaint, Defendant lacks

4   information or belief sufficient to admit or deny the allegations contained in this

5   paragraph and, on that basis, denies each and every allegation contained therein.

6        32.    Answering Paragraph 32 of the Complaint, Defendant lacks

7   information or belief sufficient to admit or deny the allegations contained in this

8   paragraph and, on that basis, denies each and every allegation contained therein.

9        33.    Answering Paragraph 33 of the Complaint, Defendant lacks

10   information or belief sufficient to admit or deny the allegations contained in this

11   paragraph and, on that basis, denies each and every allegation contained therein.

12        34.    Answering Paragraph 34 of the Complaint, Defendant lacks

13   information or belief sufficient to admit or deny the allegations contained in this

14   paragraph and, on that basis, denies each and every allegation contained therein.

15        35.    Answering Paragraph 35 of the Complaint, Defendant lacks

16   information or belief sufficient to admit or deny the allegations contained in this

17   paragraph and, on that basis, denies each and every allegation contained therein.

18        36.    Answering Paragraph 36 of the Complaint, Defendant admits that

19   at some point, A.F. was ten years old. Except as otherwise admitted, Defendant lacks

20   information or belief sufficient to admit or deny the allegations contained in this

21   paragraph and, on that basis, denies each and every allegation contained therein.

22        37.    Answering Paragraph 37 of the Complaint, Defendant lacks

23   information or belief sufficient to admit or deny the allegations contained in this

24   paragraph and, on that basis, denies each and every allegation contained therein.

25        38.    Answering Paragraph 38 of the Complaint, Defendant lacks

26   information or belief sufficient to admit or deny the allegations contained in this

27   paragraph and, on that basis, denies each and every allegation contained therein.

28        39.    Answering Paragraph 39 of the Complaint, Defendant lacks

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  information or belief sufficient to admit or deny the allegations contained in this

2  paragraph and, on that basis, denies each and every allegation contained therein.

3       40.    Answering Paragraph 40 of the Complaint, Defendant admits that

4  some former Newhall School District students enroll at Defendant. Except as

5  otherwise admitted, Defendant lacks information or belief sufficient to admit or deny

6  the allegations contained in this paragraph and, on that basis, denies each and every

7  allegation contained therein.

8       41.    Answering Paragraph 41 of the Complaint, sets forth Plaintiffs'

9  characterization of the nature of the action, and therefore consists of legal conclusions

10 to which no response is required.  To the extent this paragraph suggests that there was

11 a violation of rights, Defendant denies each and every allegation contained therein.

12      42.    Answering Paragraph 42 of the Complaint, sets forth Plaintiffs'

13 characterization of the nature of the action, and therefore consists of legal conclusions

14 to which no response is required.  To the extent this paragraph suggests that there was

15 a violation of rights, Defendant denies each and every allegation contained therein.

16      43.    Answering Paragraph 43 of the Complaint, sets forth Plaintiffs'

17 characterization of the nature of the action, and therefore consists of legal conclusions

18 to which no response is required.  To the extent this paragraph suggests that there was

19 a violation of rights, Defendant denies each and every allegation contained therein.

20      44.    Answering Paragraph 44 of the Complaint, sets forth Plaintiffs'

21 characterization of the nature of the action, and therefore consists of legal conclusions

22 to which no response is required.  To the extent this paragraph suggests that there was

23 a violation of rights, Defendant denies each and every allegation contained therein.

24      45.    Answering Paragraph 45 of the Complaint, sets forth Plaintiffs'

25 characterization of the nature of the action, and therefore consists of legal conclusions

26 to which no response is required.  To the extent this paragraph suggests that there was

27 a violation of rights, Defendant denies each and every allegation contained therein.

28      46.    Answering Paragraph 46 of the Complaint, sets forth Plaintiffs'

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  characterization of the nature of the action, and therefore consists of legal conclusions

2  to which no response is required.  To the extent this paragraph suggests that there was

3  a violation of rights, Defendant denies each and every allegation contained therein.

4        47.   Answering Paragraph 47 of the Complaint, sets forth Plaintiffs'

5  characterization of the nature of the action, and therefore consists of legal conclusions

6  to which no response is required.  To the extent this paragraph suggests that there was

7  a violation of rights, Defendant denies each and every allegation contained therein.

8        48.   Answering Paragraph 48 of the Complaint, sets forth Plaintiffs'

9  characterization of the nature of the action, and therefore consists of legal conclusions

10  to which no response is required.  To the extent this paragraph suggests that there was

11  a violation of rights, Defendant denies each and every allegation contained therein.

12        49.   Answering Paragraph 49 of the Complaint, sets forth Plaintiffs'

13  characterization of the nature of the action, and therefore consists of legal conclusions

14  to which no response is required.  To the extent this paragraph suggests that there was

15  a violation of rights, Defendant denies each and every allegation contained therein.

16        50.   Answering Paragraph 50 of the Complaint, sets forth Plaintiffs'

17  characterization of the nature of the action, and therefore consists of legal conclusions

18  to which no response is required.  To the extent this paragraph suggests that there was

19  a violation of rights, Defendant denies each and every allegation contained therein.

20        51.   Answering Paragraph 51 of the Complaint, sets forth Plaintiffs'

21  characterization of the nature of the action, and therefore consists of legal conclusions

22  to which no response is required.  To the extent this paragraph suggests that there was

23  a violation of rights, Defendant denies each and every allegation contained therein.

24        52.   Answering Paragraph 52 of the Complaint, sets forth Plaintiffs'

25  characterization of the nature of the action, and therefore consists of legal conclusions

26  to which no response is required.  To the extent this paragraph suggests that there was

27  a violation of rights, Defendant denies each and every allegation contained therein.

28        53.   Answering Paragraph 53 of the Complaint, sets forth Plaintiffs'

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1    characterization of the nature of the action, and therefore consists of legal conclusions
2    to which no response is required.  To the extent this paragraph suggests that there was
3    a violation of rights, Defendant denies each and every allegation contained therein.

4        54.    Answering Paragraph 54 of the Complaint, sets forth Plaintiffs'
5    characterization of the nature of the action, and therefore consists of legal conclusions
6    to which no response is required.  To the extent this paragraph suggests that there was
7    a violation of rights, Defendant denies each and every allegation contained therein.

8        55.    Answering Paragraph 55 of the Complaint, sets forth Plaintiffs'
9    characterization of the nature of the action, and therefore consists of legal conclusions
10    to which no response is required.  To the extent this paragraph suggests that there was
11    a violation of rights, Defendant denies each and every allegation contained therein.

12        56.    Answering Paragraph 56 of the Complaint, sets forth Plaintiffs'
13    characterization of the nature of the action, and therefore consists of legal conclusions
14    to which no response is required.  To the extent this paragraph suggests that there was
15    a violation of rights, Defendant denies each and every allegation contained therein.

16        57.    Answering Paragraph 57 of the Complaint, sets forth Plaintiffs'
17    characterization of the nature of the action, and therefore consists of legal conclusions
18    to which no response is required.  To the extent this paragraph suggests that there was
19    a violation of rights, Defendant denies each and every allegation contained therein.

20        58.    Answering Paragraph 58 of the Complaint, Defendant admits that
21    A.F. attended Placerita Junior High School for past of his 2014, 2015 school year.
22    Except as otherwise admitted, Defendant denies each and every allegation contained
23    therein.

24        59.    Answering Paragraph 59 of the Complaint, sets forth Plaintiffs'
25    characterization of the nature of the action, and therefore consists of legal conclusions
26    to which no response is required.  To the extent this paragraph suggests that there was
27    a violation of rights, Defendant denies each and every allegation contained therein.

28        60.    Answering Paragraph 60 of the Complaint, sets forth Plaintiffs'

8.

characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required. To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

61.    Answering Paragraph 60 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required. To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

62.    Answering Paragraph 62 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required. To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

63.    Answering Paragraph 60 of the Complaint, Defendant admits that in October 2014, several students reported that A.F. was huffing aerosol. Except as otherwise admitted, Paragraph 62 of the Complaint sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required. To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

64.    Answering Paragraph 64 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required. To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

65.    Answering Paragraph 65 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required. To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

66.    Answering Paragraph 66 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required. To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  a violation of rights, Defendant denies each and every allegation contained therein.

2      67.    Answering Paragraph 67 of the Complaint, sets forth Plaintiffs'

3  characterization of the nature of the action, and therefore consists of legal conclusions

4  to which no response is required.  To the extent this paragraph suggests that there was

5  a violation of rights, Defendant denies each and every allegation contained therein.

6      68.    Answering Paragraph 68 of the Complaint, Defendant admits that

7  A.F. attended La Mesa on or about November 2014 to January 2015.  Except as

8  otherwise admitted, Defendant denies each and every allegation contained therein.

9      69.    Answering Paragraph 69 of the Complaint, sets forth Plaintiffs'

10  characterization of the nature of the action, and therefore consists of legal conclusions

11  to which no response is required.  To the extent this paragraph suggests that there was

12  a violation of rights, Defendant denies each and every allegation contained therein.

13      70.    Answering Paragraph 70 of the Complaint, sets forth Plaintiffs'

14  characterization of the nature of the action, and therefore consists of legal conclusions

15  to which no response is required.  To the extent this paragraph suggests that there was

16  a violation of rights, Defendant denies each and every allegation contained therein.

17      71.    Answering Paragraph 71 of the Complaint, sets forth Plaintiffs'

18  characterization of the nature of the action, and therefore consists of legal conclusions

19  to which no response is required.  To the extent this paragraph suggests that there was

20  a violation of rights, Defendant denies each and every allegation contained therein.

21      72.    Answering Paragraph 72 of the Complaint, sets forth Plaintiffs'

22  characterization of the nature of the action, and therefore consists of legal conclusions

23  to which no response is required.  To the extent this paragraph suggests that there was

24  a violation of rights, Defendant denies each and every allegation contained therein.

25      73.    Answering Paragraph 73 of the Complaint, sets forth Plaintiffs'

26  characterization of the nature of the action, and therefore consists of legal conclusions

27  to which no response is required.  To the extent this paragraph suggests that there was

28  a violation of rights, Defendant denies each and every allegation contained therein.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

74.     Answering Paragraph 74 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

75.     Answering Paragraph 75 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

76.     Answering Paragraph 76 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

77.     Answering Paragraph 77 of the Complaint, Defendant admits that on January 27, 2015, it held an IEP team meeting for A.F.  Except as otherwise admitted, Defendant denies each and every allegation contained therein.

78.     Answering Paragraph 78 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

79.     Answering Paragraph 79 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

80.     Answering Paragraph 80 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

81.     Answering Paragraph 81 of the Complaint, sets forth Plaintiffs'

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  characterization of the nature of the action, and therefore consists of legal conclusions
2  to which no response is required.  To the extent this paragraph suggests that there was
3  a violation of rights, Defendant denies each and every allegation contained therein.

4         82.    Answering Paragraph 82 of the Complaint, Defendant admits that
5  A.F. engaged in misconduct on January 27, 2015. Except as otherwise admitted,
6  Defendant denies each and every allegation contained therein.

7         83.    Answering Paragraph 83 of the Complaint, Defendant admits that
8  paragraph.

9         84.    Answering Paragraph 84 of the Complaint, Defendant admits that
10  paragraph.

11         85.    Answering Paragraph 85 of the Complaint, sets forth Plaintiffs'
12  characterization of the nature of the action, and therefore consists of legal conclusions
13  to which no response is required.  To the extent this paragraph suggests that there was
14  a violation of rights, Defendant denies each and every allegation contained therein.

15         86.    Answering Paragraph 86 of the Complaint, sets forth Plaintiffs'
16  characterization of the nature of the action, and therefore consists of legal conclusions
17  to which no response is required.  To the extent this paragraph suggests that there was
18  a violation of rights, Defendant denies each and every allegation contained therein.

19         87.    Answering Paragraph 87 of the Complaint, Defendant admits that
20  the District held a manifestation determination on February 3, 2015.  Except as
21  otherwise admitted, Defendant denies each and every allegation contained therein.

22         88.    Answering Paragraph 88 of the Complaint, Defendant admits that
23  at the February 3, 2015 manifestation determination, A.F.'s misconduct was found to
24  no be a manifestation of his disability.  Except as otherwise admitted, Defendant
25  denies each and every allegation contained therein.

26         89.    Answering Paragraph 89 of the Complaint, sets forth Plaintiffs'
27  characterization of the nature of the action, and therefore consists of legal conclusions
28  to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  a violation of rights, Defendant denies each and every allegation contained therein.

2       90.    Answering Paragraph 90 of the Complaint, sets forth Plaintiffs'

3  characterization of the nature of the action, and therefore consists of legal conclusions

4  to which no response is required.  To the extent this paragraph suggests that there was

5  a violation of rights, Defendant denies each and every allegation contained therein.

6       91.    Answering Paragraph 91 of the Complaint, sets forth Plaintiffs'

7  characterization of the nature of the action, and therefore consists of legal conclusions

8  to which no response is required.  To the extent this paragraph suggests that there was

9  a violation of rights, Defendant denies each and every allegation contained therein.

10      92.    Answering Paragraph 92 of the Complaint, sets forth Plaintiffs'

11  characterization of the nature of the action, and therefore consists of legal conclusions

12  to which no response is required.  To the extent this paragraph suggests that there was

13  a violation of rights, Defendant denies each and every allegation contained therein.

14      93.    Answering Paragraph 93 of the Complaint, sets forth Plaintiffs'

15  characterization of the nature of the action, and therefore consists of legal conclusions

16  to which no response is required.  To the extent this paragraph suggests that there was

17  a violation of rights, Defendant denies each and every allegation contained therein.

18      94.    Answering Paragraph 94 of the Complaint, sets forth Plaintiffs'

19  characterization of the nature of the action, and therefore consists of legal conclusions

20  to which no response is required.  To the extent this paragraph suggests that there was

21  a violation of rights, Defendant denies each and every allegation contained therein.

22      95.    Answering Paragraph 95 of the Complaint, sets forth Plaintiffs'

23  characterization of the nature of the action, and therefore consists of legal conclusions

24  to which no response is required.  To the extent this paragraph suggests that there was

25  a violation of rights, Defendant denies each and every allegation contained therein.

26      96.    Answering Paragraph 96 of the Complaint, sets forth Plaintiffs'

27  characterization of the nature of the action, and therefore consists of legal conclusions

28  to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

13.

1  a violation of rights, Defendant denies each and every allegation contained therein.

2       97.   Answering Paragraph 97 of the Complaint, sets forth Plaintiffs'

3  characterization of the nature of the action, and therefore consists of legal conclusions

4  to which no response is required.  To the extent this paragraph suggests that there was

5  a violation of rights, Defendant denies each and every allegation contained therein.

6       98.   Answering Paragraph 98 of the Complaint, sets forth Plaintiffs'

7  characterization of the nature of the action, and therefore consists of legal conclusions

8  to which no response is required.  To the extent this paragraph suggests that there was

9  a violation of rights, Defendant denies each and every allegation contained therein.

10      99.   Answering Paragraph 99 of the Complaint, sets forth Plaintiffs'

11 characterization of the nature of the action, and therefore consists of legal conclusions

12 to which no response is required.  To the extent this paragraph suggests that there was

13 a violation of rights, Defendant denies each and every allegation contained therein.

14      100.  Answering Paragraph 100 of the Complaint, sets forth Plaintiffs'

15 characterization of the nature of the action, and therefore consists of legal conclusions

16 to which no response is required.  To the extent this paragraph suggests that there was

17 a violation of rights, Defendant denies each and every allegation contained therein.

18      101.  Answering Paragraph 101 of the Complaint, sets forth Plaintiffs'

19 characterization of the nature of the action, and therefore consists of legal conclusions

20 to which no response is required.  To the extent this paragraph suggests that there was

21 a violation of rights, Defendant denies each and every allegation contained therein.

22      102.  Answering Paragraph 102 of the Complaint, sets forth Plaintiffs'

23 characterization of the nature of the action, and therefore consists of legal conclusions

24 to which no response is required.  To the extent this paragraph suggests that there was

25 a violation of rights, Defendant denies each and every allegation contained therein.

26      103.  Answering Paragraph 103 of the Complaint, sets forth Plaintiffs'

27 characterization of the nature of the action, and therefore consists of legal conclusions

28 to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1   a violation of rights, Defendant denies each and every allegation contained therein.

2          104.   Answering Paragraph 104 of the Complaint, sets forth Plaintiffs'

3   characterization of the nature of the action, and therefore consists of legal conclusions

4   to which no response is required.  To the extent this paragraph suggests that there was

5   a violation of rights, Defendant denies each and every allegation contained therein.

6          105.   Answering Paragraph 105 of the Complaint, sets forth Plaintiffs'

7   characterization of the nature of the action, and therefore consists of legal conclusions

8   to which no response is required.  To the extent this paragraph suggests that there was

9   a violation of rights, Defendant denies each and every allegation contained therein.

10         106.   Answering Paragraph 106 of the Complaint, sets forth Plaintiffs'

11   characterization of the nature of the action, and therefore consists of legal conclusions

12   to which no response is required.  To the extent this paragraph suggests that there was

13   a violation of rights, Defendant denies each and every allegation contained therein.

14         107.   Answering Paragraph 107 of the Complaint, sets forth Plaintiffs'

15   characterization of the nature of the action, and therefore consists of legal conclusions

16   to which no response is required.  To the extent this paragraph suggests that there was

17   a violation of rights, Defendant denies each and every allegation contained therein.

18         108.   Answering Paragraph 108 of the Complaint, sets forth Plaintiffs'

19   characterization of the nature of the action, and therefore consists of legal conclusions

20   to which no response is required.  To the extent this paragraph suggests that there was

21   a violation of rights, Defendant denies each and every allegation contained therein.

22         109.   Answering Paragraph 109 of the Complaint, sets forth Plaintiffs'

23   characterization of the nature of the action, and therefore consists of legal conclusions

24   to which no response is required.  To the extent this paragraph suggests that there was

25   a violation of rights, Defendant denies each and every allegation contained therein.

26         110.   Answering Paragraph 110 of the Complaint, sets forth Plaintiffs'

27   characterization of the nature of the action, and therefore consists of legal conclusions

28   to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

15.

1   a violation of rights, Defendant denies each and every allegation contained therein.

2          111.   Answering Paragraph 111 of the Complaint, sets forth Plaintiffs'

3   characterization of the nature of the action, and therefore consists of legal conclusions

4   to which no response is required.  To the extent this paragraph suggests that there was

5   a violation of rights, Defendant denies each and every allegation contained therein.

6          112.   Answering Paragraph 112 of the Complaint, sets forth Plaintiffs'

7   characterization of the nature of the action, and therefore consists of legal conclusions

8   to which no response is required.  To the extent this paragraph suggests that there was

9   a violation of rights, Defendant denies each and every allegation contained therein.

10         113.   Answering Paragraph 113 of the Complaint, sets forth Plaintiffs'

11  characterization of the nature of the action, and therefore consists of legal conclusions

12  to which no response is required.  To the extent this paragraph suggests that there was

13  a violation of rights, Defendant denies each and every allegation contained therein.

14         114.   Answering Paragraph 114 of the Complaint, sets forth Plaintiffs'

15  characterization of the nature of the action, and therefore consists of legal conclusions

16  to which no response is required.  To the extent this paragraph suggests that there was

17  a violation of rights, Defendant denies each and every allegation contained therein.

18         115.   Answering Paragraph 115 of the Complaint, sets forth Plaintiffs'

19  characterization of the nature of the action, and therefore consists of legal conclusions

20  to which no response is required.  To the extent this paragraph suggests that there was

21  a violation of rights, Defendant denies each and every allegation contained therein.

22         116.   Answering Paragraph 116 of the Complaint, sets forth Plaintiffs'

23  characterization of the nature of the action, and therefore consists of legal conclusions

24  to which no response is required.  To the extent this paragraph suggests that there was

25  a violation of rights, Defendant denies each and every allegation contained therein.

26         117.   Answering Paragraph 117 of the Complaint, sets forth Plaintiffs'

27  characterization of the nature of the action, and therefore consists of legal conclusions

28  to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1   a violation of rights, Defendant denies each and every allegation contained therein.

2          118.   Answering Paragraph 118 of the Complaint, sets forth Plaintiffs'

3   characterization of the nature of the action, and therefore consists of legal conclusions

4   to which no response is required.  To the extent this paragraph suggests that there was

5   a violation of rights, Defendant denies each and every allegation contained therein.

6          119.   Answering Paragraph 119 of the Complaint, sets forth Plaintiffs'

7   characterization of the nature of the action, and therefore consists of legal conclusions

8   to which no response is required.  To the extent this paragraph suggests that there was

9   a violation of rights, Defendant denies each and every allegation contained therein.

10          120.   Answering Paragraph 120 of the Complaint, sets forth Plaintiffs'

11   characterization of the nature of the action, and therefore consists of legal conclusions

12   to which no response is required.  To the extent this paragraph suggests that there was

13   a violation of rights, Defendant denies each and every allegation contained therein.

14          121.   Answering Paragraph 121 of the Complaint, sets forth Plaintiffs'

15   characterization of the nature of the action, and therefore consists of legal conclusions

16   to which no response is required.  To the extent this paragraph suggests that there was

17   a violation of rights, Defendant denies each and every allegation contained therein.

18          122.   Answering Paragraph 122 of the Complaint, sets forth Plaintiffs'

19   characterization of the nature of the action, and therefore consists of legal conclusions

20   to which no response is required.  To the extent this paragraph suggests that there was

21   a violation of rights, Defendant denies each and every allegation contained therein.

22          123.   Answering Paragraph 123 of the Complaint, sets forth Plaintiffs'

23   characterization of the nature of the action, and therefore consists of legal conclusions

24   to which no response is required.  To the extent this paragraph suggests that there was

25   a violation of rights, Defendant denies each and every allegation contained therein.

26          124.   Answering Paragraph 124 of the Complaint, sets forth Plaintiffs'

27   characterization of the nature of the action, and therefore consists of legal conclusions

28   to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

17.

1   a violation of rights, Defendant denies each and every allegation contained therein.

2       125.    Answering Paragraph 125 of the Complaint, sets forth Plaintiffs'
3   characterization of the nature of the action, and therefore consists of legal conclusions
4   to which no response is required.  To the extent this paragraph suggests that there was
5   a violation of rights, Defendant denies each and every allegation contained therein.

6       126.    Answering Paragraph 126 of the Complaint, sets forth Plaintiffs'
7   characterization of the nature of the action, and therefore consists of legal conclusions
8   to which no response is required.  To the extent this paragraph suggests that there was
9   a violation of rights, Defendant denies each and every allegation contained therein.

10      127.    Answering Paragraph 127 of the Complaint, sets forth Plaintiffs'
11  characterization of the nature of the action, and therefore consists of legal conclusions
12  to which no response is required.  To the extent this paragraph suggests that there was
13  a violation of rights, Defendant denies each and every allegation contained therein.

14      128.    Answering Paragraph 128 of the Complaint, sets forth Plaintiffs'
15  characterization of the nature of the action, and therefore consists of legal conclusions
16  to which no response is required.  To the extent this paragraph suggests that there was
17  a violation of rights, Defendant denies each and every allegation contained therein.

18      129.    Answering Paragraph 129 of the Complaint, sets forth Plaintiffs'
19  characterization of the nature of the action, and therefore consists of legal conclusions
20  to which no response is required.  To the extent this paragraph suggests that there was
21  a violation of rights, Defendant denies each and every allegation contained therein.

22      130.    Answering Paragraph 130 of the Complaint, sets forth Plaintiffs'
23  characterization of the nature of the action, and therefore consists of legal conclusions
24  to which no response is required.  To the extent this paragraph suggests that there was
25  a violation of rights, Defendant denies each and every allegation contained therein.

26      131.    Answering Paragraph 131 of the Complaint, Defendant admits that
27  a due process hearing request was filed on behalf of A.F. in February 2015. Except as
28  otherwise admitted, Defendant lacks information or belief sufficient to admit or deny

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1    the allegations contained in this paragraph and, on that basis, denies each and every

2    allegation contained therein.

3         132.   Answering Paragraph 132 of the Complaint, Defendant asserts that

4    the due process hearing request referenced by Plaintiffs in this paragraph is the best

5    evidence of what it provides.  To the extent this paragraph suggests that there was a

6    violation of rights, Defendant denies each and every allegation contained therein.

7         133.   Answering Paragraph 133 of the Complaint, Defendant admits that

8    the Parties have not yet adjudicated A.F.'s non-expedited administrative claims.  To

9    the extent this paragraph suggests that there was a violation of rights, Defendant

10   denies each and every allegation contained therein.

11        134.   Answering Paragraph 134 of the Complaint, sets forth Plaintiffs'

12   characterization of the nature of the action, and therefore consists of legal conclusions

13   to which no response is required.  To the extent this paragraph suggests that there was

14   a violation of rights, Defendant denies each and every allegation contained therein.

15        135.   Answering Paragraph 135 of the Complaint, Defendant asserts that

16   the office of administrative hearing decision referenced by Plaintiffs in this paragraph

17   is the best evidence of what it provides.  To the extent this paragraph suggests that

18   there was a violation of rights, Defendant denies each and every allegation contained

19   therein.

20        136.   Answering Paragraph 136 of the Complaint, Defendant asserts that

21   the office of administrative hearing decision referenced by Plaintiffs in this paragraph

22   is the best evidence of what it provides.  To the extent this paragraph suggests that

23   there was a violation of rights, Defendant denies each and every allegation contained

24   therein.

25        137.   Answering Paragraph 137 of the Complaint, Defendant asserts that

26   the office of administrative hearing decision referenced by Plaintiffs in this paragraph

27   is the best evidence of what it provides.  To the extent this paragraph suggests that

28   there was a violation of rights, Defendant denies each and every allegation contained

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1 | therein.

2 | 138.   Answering Paragraph 138 of the Complaint, sets forth Plaintiffs'
3 | characterization of the nature of the action, and therefore consists of legal conclusions
4 | to which no response is required.  To the extent this paragraph suggests that there was
5 | a violation of rights, Defendant denies each and every allegation contained therein.

6 | 139.   Answering Paragraph 139 of the Complaint, Defendant admits that
7 | Plaintiff has filed a due process hearing request contenting that the manifestation
8 | determination reached an erroneous conclusion.  To the extent this paragraph suggests
9 | that there was a violation of rights, Defendant denies each and every allegation
10 | contained therein.

11 | 140.   Answering Paragraph 140 of the Complaint, Defendant asserts that
12 | the statute cited by Plaintiffs in this paragraph is the best evidence of what it provides.
13 | Except as otherwise admitted, Defendant denies each and every allegation contained
14 | therein.

15 | 141.   Answering Paragraph 141 of the Complaint, Defendant asserts that
16 | the statute cited by Plaintiffs in this paragraph is the best evidence of what it provides.
17 | Except as otherwise admitted, Defendant denies each and every allegation contained
18 | therein.

19 | 142.   Answering Paragraph 142 of the Complaint, Defendant asserts that
20 | the statute cited by Plaintiffs in this paragraph is the best evidence of what it provides.
21 | Except as otherwise admitted, Defendant denies each and every allegation contained
22 | therein.

23 | 143.   Answering Paragraph 143 of the Complaint, sets forth Plaintiffs'
24 | characterization of the nature of the action, and therefore consists of legal conclusions
25 | to which no response is required.  To the extent this paragraph suggests that there was
26 | a violation of rights, Defendant denies each and every allegation contained therein.

27 | 144.   Answering Paragraph 144 of the Complaint, sets forth Plaintiffs'
28 | characterization of the nature of the action, and therefore consists of legal conclusions

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1  to which no response is required.  To the extent this paragraph suggests that there was
2  a violation of rights, Defendant denies each and every allegation contained therein.
3       145.   Answering Paragraph 145 of the Complaint, sets forth Plaintiffs'
4  characterization of the nature of the action, and therefore consists of legal conclusions
5  to which no response is required.  To the extent this paragraph suggests that there was
6  a violation of rights, Defendant denies each and every allegation contained therein.
7       146.   Answering Paragraph 146 of the Complaint, sets forth Plaintiffs'
8  characterization of the nature of the action, and therefore consists of legal conclusions
9  to which no response is required.  To the extent this paragraph suggests that there was
10  a violation of rights, Defendant denies each and every allegation contained therein.
11       147.   Answering Paragraph 147 of the Complaint, sets forth Plaintiffs'
12  characterization of the nature of the action, and therefore consists of legal conclusions
13  to which no response is required.  To the extent this paragraph suggests that there was
14  a violation of rights, Defendant denies each and every allegation contained therein.
15       148.   Answering Paragraph 148 of the Complaint, sets forth Plaintiffs'
16  characterization of the nature of the action, and therefore consists of legal conclusions
17  to which no response is required.  To the extent this paragraph suggests that there was
18  a violation of rights, Defendant denies each and every allegation contained therein.
19       149.   Answering Paragraph 149 of the Complaint, sets forth Plaintiffs'
20  characterization of the nature of the action, and therefore consists of legal conclusions
21  to which no response is required.  To the extent this paragraph suggests that there was
22  a violation of rights, Defendant denies each and every allegation contained therein.
23       150.   Answering Paragraph 150 of the Complaint, sets forth Plaintiffs'
24  characterization of the nature of the action, and therefore consists of legal conclusions
25  to which no response is required.  To the extent this paragraph suggests that there was
26  a violation of rights, Defendant denies each and every allegation contained therein.
27       151.   Answering Paragraph 151 of the Complaint, Defendant lacks
28  information or belief sufficient to admit or deny the allegations contained in this

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1    paragraph and, on that basis, denies each and every allegation contained therein.

2          152.   Answering Paragraph 152 of the Complaint, sets forth Plaintiffs'
3    characterization of the nature of the action, and therefore consists of legal conclusions
4    to which no response is required.  To the extent this paragraph suggests that there was
5    a violation of rights, Defendant denies each and every allegation contained therein.

6          153.   Answering Paragraph 153 of the Complaint, sets forth Plaintiffs'
7    characterization of the nature of the action, and therefore consists of legal conclusions
8    to which no response is required.  To the extent this paragraph suggests that there was
9    a violation of rights, Defendant denies each and every allegation contained therein.

10          154.   Answering Paragraph 154 of the Complaint, sets forth Plaintiffs'
11    characterization of the nature of the action, and therefore consists of legal conclusions
12    to which no response is required.  To the extent this paragraph suggests that there was
13    a violation of rights, Defendant denies each and every allegation contained therein.

14          155.   Answering Paragraph 155 of the Complaint, sets forth Plaintiffs'
15    characterization of the nature of the action, and therefore consists of legal conclusions
16    to which no response is required.  To the extent this paragraph suggests that there was
17    a violation of rights, Defendant denies each and every allegation contained therein.

18          156.   Answering Paragraph 156 of the Complaint, sets forth Plaintiffs'
19    characterization of the nature of the action, and therefore consists of legal conclusions
20    to which no response is required.  To the extent this paragraph suggests that there was
21    a violation of rights, Defendant denies each and every allegation contained therein.

22          157.   Answering Paragraph 157 of the Complaint, sets forth Plaintiffs'
23    characterization of the nature of the action, and therefore consists of legal conclusions
24    to which no response is required.  To the extent this paragraph suggests that there was
25    a violation of rights, Defendant denies each and every allegation contained therein.

26          158.   Answering Paragraph 158 of the Complaint, sets forth Plaintiffs'
27    characterization of the nature of the action, and therefore consists of legal conclusions
28    to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1    a violation of rights, Defendant denies each and every allegation contained therein.

2        159.   Answering Paragraph 159 of the Complaint, sets forth Plaintiffs'
3    characterization of the nature of the action, and therefore consists of legal conclusions
4    to which no response is required.  To the extent this paragraph suggests that there was
5    a violation of rights, Defendant denies each and every allegation contained therein.

6        160.   Answering Paragraph 160 of the Complaint, sets forth Plaintiffs'
7    characterization of the nature of the action, and therefore consists of legal conclusions
8    to which no response is required.  To the extent this paragraph suggests that there was
9    a violation of rights, Defendant denies each and every allegation contained therein.

10       161.   Answering Paragraph 161 of the Complaint, sets forth Plaintiffs'
11   characterization of the nature of the action, and therefore consists of legal conclusions
12   to which no response is required.  To the extent this paragraph suggests that there was
13   a violation of rights, Defendant denies each and every allegation contained therein.

14       162.   Answering Paragraph 162 of the Complaint, sets forth Plaintiffs'
15   characterization of the nature of the action, and therefore consists of legal conclusions
16   to which no response is required.  To the extent this paragraph suggests that there was
17   a violation of rights, Defendant denies each and every allegation contained therein.

18       163.   Answering Paragraph 163 of the Complaint, sets forth Plaintiffs'
19   characterization of the nature of the action, and therefore consists of legal conclusions
20   to which no response is required.  To the extent this paragraph suggests that there was
21   a violation of rights, Defendant denies each and every allegation contained therein.

22       164.   Answering Paragraph 164 of the Complaint, sets forth Plaintiffs'
23   characterization of the nature of the action, and therefore consists of legal conclusions
24   to which no response is required.  To the extent this paragraph suggests that there was
25   a violation of rights, Defendant denies each and every allegation contained therein.

26       165.   Answering Paragraph 165 of the Complaint, sets forth Plaintiffs'
27   characterization of the nature of the action, and therefore consists of legal conclusions
28   to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

23.

1   a violation of rights, Defendant denies each and every allegation contained therein.

2          166.   Answering Paragraph 166 of the Complaint, sets forth Plaintiffs'
3   characterization of the nature of the action, and therefore consists of legal conclusions
4   to which no response is required.  To the extent this paragraph suggests that there was
5   a violation of rights, Defendant denies each and every allegation contained therein.

6          167.   Answering Paragraph 167 of the Complaint, sets forth Plaintiffs'
7   characterization of the nature of the action, and therefore consists of legal conclusions
8   to which no response is required.  To the extent this paragraph suggests that there was
9   a violation of rights, Defendant denies each and every allegation contained therein.

10         168.   Answering Paragraph 168 of the Complaint, sets forth Plaintiffs'
11  characterization of the nature of the action, and therefore consists of legal conclusions
12  to which no response is required.  To the extent this paragraph suggests that there was
13  a violation of rights, Defendant denies each and every allegation contained therein.

14         169.   Answering Paragraph 169 of the Complaint, sets forth Plaintiffs'
15  characterization of the nature of the action, and therefore consists of legal conclusions
16  to which no response is required.  To the extent this paragraph suggests that there was
17  a violation of rights, Defendant denies each and every allegation contained therein.

18         170.   Answering Paragraph 170 of the Complaint, sets forth Plaintiffs'
19  characterization of the nature of the action, and therefore consists of legal conclusions
20  to which no response is required.  To the extent this paragraph suggests that there was
21  a violation of rights, Defendant denies each and every allegation contained therein.

22         171.   Answering Paragraph 171 of the Complaint, sets forth Plaintiffs'
23  characterization of the nature of the action, and therefore consists of legal conclusions
24  to which no response is required.  To the extent this paragraph suggests that there was
25  a violation of rights, Defendant denies each and every allegation contained therein.

26         172.   Answering Paragraph 172 of the Complaint, sets forth Plaintiffs'
27  characterization of the nature of the action, and therefore consists of legal conclusions
28  to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1   a violation of rights, Defendant denies each and every allegation contained therein.

2           173.   Answering Paragraph 173 of the Complaint, sets forth Plaintiffs'

3   characterization of the nature of the action, and therefore consists of legal conclusions

4   to which no response is required.  To the extent this paragraph suggests that there was

5   a violation of rights, Defendant denies each and every allegation contained therein.

6           174.   Answering Paragraph 174 of the Complaint, sets forth Plaintiffs'

7   characterization of the nature of the action, and therefore consists of legal conclusions

8   to which no response is required.  To the extent this paragraph suggests that there was

9   a violation of rights, Defendant denies each and every allegation contained therein.

10          175.   Answering Paragraph 175 of the Complaint, sets forth Plaintiffs'

11  characterization of the nature of the action, and therefore consists of legal conclusions

12  to which no response is required.  To the extent this paragraph suggests that there was

13  a violation of rights, Defendant denies each and every allegation contained therein.

14          176.   Answering Paragraph 176 of the Complaint, sets forth Plaintiffs'

15  characterization of the nature of the action, and therefore consists of legal conclusions

16  to which no response is required.  To the extent this paragraph suggests that there was

17  a violation of rights, Defendant denies each and every allegation contained therein.

18          177.   Answering Paragraph 177 of the Complaint, sets forth Plaintiffs'

19  characterization of the nature of the action, and therefore consists of legal conclusions

20  to which no response is required.  To the extent this paragraph suggests that there was

21  a violation of rights, Defendant denies each and every allegation contained therein.

22          178.   Answering Paragraph 178 of the Complaint, sets forth Plaintiffs'

23  characterization of the nature of the action, and therefore consists of legal conclusions

24  to which no response is required.  To the extent this paragraph suggests that there was

25  a violation of rights, Defendant denies each and every allegation contained therein.

26          179.   Answering Paragraph 179 of the Complaint, sets forth Plaintiffs'

27  characterization of the nature of the action, and therefore consists of legal conclusions

28  to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1     a violation of rights, Defendant denies each and every allegation contained therein.

2           180.   Answering Paragraph 180 of the Complaint, sets forth Plaintiffs'

3     characterization of the nature of the action, and therefore consists of legal conclusions

4     to which no response is required.  To the extent this paragraph suggests that there was

5     a violation of rights, Defendant denies each and every allegation contained therein.

6           181.   Answering Paragraph 181 of the Complaint, sets forth Plaintiffs'

7     characterization of the nature of the action, and therefore consists of legal conclusions

8     to which no response is required.  To the extent this paragraph suggests that there was

9     a violation of rights, Defendant denies each and every allegation contained therein.

10          182.   Answering Paragraph 182 of the Complaint, sets forth Plaintiffs'

11    characterization of the nature of the action, and therefore consists of legal conclusions

12    to which no response is required.  To the extent this paragraph suggests that there was

13    a violation of rights, Defendant denies each and every allegation contained therein.

14          183.   Answering Paragraph 183 of the Complaint, sets forth Plaintiffs'

15    characterization of the nature of the action, and therefore consists of legal conclusions

16    to which no response is required.  To the extent this paragraph suggests that there was

17    a violation of rights, Defendant denies each and every allegation contained therein.

18          184.   Answering Paragraph 184 of the Complaint, sets forth Plaintiffs'

19    characterization of the nature of the action, and therefore consists of legal conclusions

20    to which no response is required.  To the extent this paragraph suggests that there was

21    a violation of rights, Defendant denies each and every allegation contained therein.

22          185.   Answering Paragraph 185 of the Complaint, sets forth Plaintiffs'

23    characterization of the nature of the action, and therefore consists of legal conclusions

24    to which no response is required.  To the extent this paragraph suggests that there was

25    a violation of rights, Defendant denies each and every allegation contained therein.

26          186.   Answering Paragraph 186 of the Complaint, sets forth Plaintiffs'

27    characterization of the nature of the action, and therefore consists of legal conclusions

28    to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1   a violation of rights, Defendant denies each and every allegation contained therein.

2         187.   Answering Paragraph 187 of the Complaint, sets forth Plaintiffs'

3   characterization of the nature of the action, and therefore consists of legal conclusions

4   to which no response is required.  To the extent this paragraph suggests that there was

5   a violation of rights, Defendant denies each and every allegation contained therein.

6         188.   Answering Paragraph 188 of the Complaint, sets forth Plaintiffs'

7   characterization of the nature of the action, and therefore consists of legal conclusions

8   to which no response is required.  To the extent this paragraph suggests that there was

9   a violation of rights, Defendant denies each and every allegation contained therein.

10         189.   Answering Paragraph 189 of the Complaint, sets forth Plaintiffs'

11   characterization of the nature of the action, and therefore consists of legal conclusions

12   to which no response is required.  To the extent this paragraph suggests that there was

13   a violation of rights, Defendant denies each and every allegation contained therein.

14         190.   Answering Paragraph 190 of the Complaint, sets forth Plaintiffs'

15   characterization of the nature of the action, and therefore consists of legal conclusions

16   to which no response is required.  To the extent this paragraph suggests that there was

17   a violation of rights, Defendant denies each and every allegation contained therein.

18         191.   Answering Paragraph 191 of the Complaint, sets forth Plaintiffs'

19   characterization of the nature of the action, and therefore consists of legal conclusions

20   to which no response is required.  To the extent this paragraph suggests that there was

21   a violation of rights, Defendant denies each and every allegation contained therein.

22         192.   Answering Paragraph 192 of the Complaint, sets forth Plaintiffs'

23   characterization of the nature of the action, and therefore consists of legal conclusions

24   to which no response is required.  To the extent this paragraph suggests that there was

25   a violation of rights, Defendant denies each and every allegation contained therein.

26         193.   Answering Paragraph 193 of the Complaint, sets forth Plaintiffs'

27   characterization of the nature of the action, and therefore consists of legal conclusions

28   to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1   a violation of rights, Defendant denies each and every allegation contained therein.

2       194.   Answering Paragraph 194 of the Complaint, sets forth Plaintiffs'

3   characterization of the nature of the action, and therefore consists of legal conclusions

4   to which no response is required.  To the extent this paragraph suggests that there was

5   a violation of rights, Defendant denies each and every allegation contained therein.

6       195.   Answering Paragraph 195 of the Complaint, sets forth Plaintiffs'

7   characterization of the nature of the action, and therefore consists of legal conclusions

8   to which no response is required.  To the extent this paragraph suggests that there was

9   a violation of rights, Defendant denies each and every allegation contained therein.

10       196.   Answering Paragraph 196 of the Complaint, sets forth Plaintiffs'

11   characterization of the nature of the action, and therefore consists of legal conclusions

12   to which no response is required.  To the extent this paragraph suggests that there was

13   a violation of rights, Defendant denies each and every allegation contained therein.

14       197.   Answering Paragraph 197 of the Complaint, sets forth Plaintiffs'

15   characterization of the nature of the action, and therefore consists of legal conclusions

16   to which no response is required.  To the extent this paragraph suggests that there was

17   a violation of rights, Defendant denies each and every allegation contained therein.

18       198.   Answering Paragraph 198 of the Complaint, sets forth Plaintiffs'

19   characterization of the nature of the action, and therefore consists of legal conclusions

20   to which no response is required.  To the extent this paragraph suggests that there was

21   a violation of rights, Defendant denies each and every allegation contained therein.

22       199.   Answering Paragraph 199 of the Complaint, sets forth Plaintiffs'

23   characterization of the nature of the action, and therefore consists of legal conclusions

24   to which no response is required.  To the extent this paragraph suggests that there was

25   a violation of rights, Defendant denies each and every allegation contained therein.

26       200.   Answering Paragraph 200 of the Complaint, sets forth Plaintiffs'

27   characterization of the nature of the action, and therefore consists of legal conclusions

28   to which no response is required.  To the extent this paragraph suggests that there was

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1    a violation of rights, Defendant denies each and every allegation contained therein.

2           201.   Answering Paragraph 201 of the Complaint, sets forth Plaintiffs'

3    characterization of the nature of the action, and therefore consists of legal conclusions

4    to which no response is required.  To the extent this paragraph suggests that there was

5    a violation of rights, Defendant denies each and every allegation contained therein.

6           202.   Answering Paragraph 202 of the Complaint, sets forth Plaintiffs'

7    characterization of the nature of the action, and therefore consists of legal conclusions

8    to which no response is required.  To the extent this paragraph suggests that there was

9    a violation of rights, Defendant denies each and every allegation contained therein.

10          203.   Answering Paragraph 203 of the Complaint, sets forth Plaintiffs'

11    characterization of the nature of the action, and therefore consists of legal conclusions

12    to which no response is required.  To the extent this paragraph suggests that there was

13    a violation of rights, Defendant denies each and every allegation contained therein.

14          204.   Answering Paragraph 204 of the Complaint, sets forth Plaintiffs'

15    characterization of the nature of the action, and therefore consists of legal conclusions

16    to which no response is required.  To the extent this paragraph suggests that there was

17    a violation of rights, Defendant denies each and every allegation contained therein.

18          205.   Answering Paragraph 205 of the Complaint, sets forth Plaintiffs'

19    characterization of the nature of the action, and therefore consists of legal conclusions

20    to which no response is required.  To the extent this paragraph suggests that there was

21    a violation of rights, Defendant denies each and every allegation contained therein.

22          206.   Answering Paragraph 206 of the Complaint, Defendant lacks

23    information or belief sufficient to admit or deny the allegations contained in this

24    paragraph and, on that basis, denies each and every allegation contained therein.

25          207.   Answering Paragraph 207 of the Complaint, sets forth Plaintiffs'

26    characterization of the nature of the action, and therefore consists of legal conclusions

27    to which no response is required.  To the extent this paragraph suggests that there was

28    a violation of rights, Defendant denies each and every allegation contained therein.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

208.   Answering Paragraph 208 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

209.   Answering Paragraph 209 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

210.   Answering Paragraph 210 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

211.   Answering Paragraph 211 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

212.   Answering Paragraph 212 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

213.   Answering Paragraph 213 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

214.   Answering Paragraph 214 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

215.   Answering Paragraph 215 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

216.   Answering Paragraph 216 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

217.   Answering Paragraph 205 of the Complaint, sets forth Plaintiffs' characterization of the nature of the action, and therefore consists of legal conclusions to which no response is required.  To the extent this paragraph suggests that there was a violation of rights, Defendant denies each and every allegation contained therein.

218.   Answering Paragraph 218 of the Complaint, Defendant lacks information or belief sufficient to admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation contained therein.

219.   Answering Paragraph 219 of the Complaint, Defendant lacks information or belief sufficient to admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation contained therein.

220.   Answering Paragraph 220 of the Complaint, Defendant lacks information or belief sufficient to admit or deny the allegations contained in this paragraph and, on that basis, denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

1.   As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein fail to state a claim upon which relief can be granted.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

## SECOND AFFIRMATIVE DEFENSE

2.      As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred because the IDEA unlawfully imposes unfunded mandates upon the states and local public agencies such as the District.

## THIRD AFFIRMATIVE DEFENSE

3.      As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred by laches.

## FOURTH AFFIRMATIVE DEFENSE

4.      As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred by estoppel.

## FIFTH AFFIRMATIVE DEFENSE

5.      As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred by unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

6.      As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred by the Eleventh Amendment of the United States Constitution.

## SEVENTH AFFIRMATIVE DEFENSE

7.      As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred by the doctrine of Sovereign Immunity.

## EIGHT AFFIRMATIVE DEFENSE

8.      As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred by Plaintiff's non-compliance with the Tort Claims Act (Government Code section 900 *et seq.*)

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1
2
3
4

## NINTH AFFIRMATIVE DEFENSE

9.    As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred because Plaintiffs lack standing to assert the claim brought.

5
6
7
8

## TENTH AFFIRMATIVE DEFENSE

10.    As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred by the after-acquired evidence doctrine.

9
10
11
12

## ELEVENTH AFFIRMATIVE DEFENSE

11.    As a separate and affirmative defense to the Complaint, Defendant contends that the Complaint and the cause of action therein are barred by Plaintiff's failure to exhaust administrative remedies.

13
14
15

## TWELFTH AFFIRMATIVE DEFENSE

12.    As a separate and affirmative defense to the Complaint, Defendant contends that Plaintiffs have failed to mitigate damages.

16
17
18
19
20

## THIRTEENTH AFFIRMATIVE DEFENSE

13.    As a separate and affirmative defense to the Complaint, Defendant contends that Plaintiff's claims are barred by the statute of limitations, including but not limited to the limitations periods set forth in Cal. Civ. Proc. Code section 338(a); Cal. Educ. Code section 56505(l); and 20 U.S.C. 1415(b)(6)(B).

21
22
23
24
25
26
27
28

## FOURTEENTH AFFIRMATIVE DEFENSE

14.    As a separate and affirmative defense to the Complaint, Defendant contends that any fee award should be reduced because (a) Plaintiffs unreasonably protracted the final resolution of the controversy; (b) the amount of the attorney's fees otherwise authorized to be awarded unreasonably exceeds the hourly rate prevailing in the community for similar services by attorneys of reasonably comparable skill, reputation, and experience; (c) the time spent and legal services furnished were excessive considering the nature of the action or proceeding; (d) Plaintiffs did not

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

33.

1  prevail on all issues in the Due Process Hearing; and, (e) the relief finally obtained by

2  the Plaintiffs was not more favorable to the parents than the District's offer of

3  settlement.

4  **PRAYER FOR RELIEF**

5      WHEREFORE, Defendant prays for relief from this Court as follows:

6      1.    That Plaintiffs take nothing by their Complaint;

7      2.    That Plaintiffs Complaint be dismissed in its entirety with prejudice;

8      3.    That judgment be entered against Plaintiffs and in favor of Defendant;

9      4.    That Defendant be awarded its costs of suit and attorney's fees incurred

10  in this action;

11      5.    That Defendant be awarded such further relief as the Court deems

12  appropriate.

13

14  Dated:   August 19, 2016

15

16                  /s/ Daniel L. Gonzalez

17                  DANIEL L. GONZALEZ
                LITTLER MENDELSON, P.C.

18                  Attorneys for Defendant
                WILLIAM S. HART UNION HIGH

19                  SCHOOL DISTRICT

20  Firmwide:142206217.1 018896.2282

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

34.