Ben Conway, State Bar No. 246410
bconway@publiccounsel.org
**Public Counsel**
610 South Ardmore Avenue
Los Angeles, CA  90005
(213) 637-3823 direct
(213) 385-9089 fax

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jay F.** and **Shari L.**, individually, and A.F., a minor, by and through his guardian ad litem, Shari L.,<br><br>Plaintiffs,<br><br>v.<br><br>**William S. Hart Union High School District**, a local educational agency,<br><br>Defendant. | Case No.: 2:16-cv-05117 SJO (GJSx)<br><br>**Plaintiffs' Notice of Motion and Motion to Supplement the Administrative Record**<br><br>Hon. S. James Otero<br>Date: January 30, 2017<br>Time: 10:00am<br>Location: Courtroom 10C, Tenth Floor, 350 W. 1st St., Los Angeles, CA 90012 |

1  **Please take notice that** on January 30, 2017, at 10:00am or as soon therafter
2  as this matter may be heard by this Court, Plaintiffs will move this Court to
3  supplement the administrative record in this case pursuant to 20 U.S.C. §
4  1415(i)(2)(C) on Plaintiffs' appeal of an administrative hearing decision made
5  pursuant to 20 U.S.C. § 1415.
6      This motion is made following the conferences of counsel pursuant to L.R.
7  7-3 which took place on October 11, October 31, and November 18, 2016.
8      This motion is based on this Notice of Motion and Motion, the concurrently
9  filed Memorandum of Points and Authorities, and the concurrently filed
10 Declaration of Ben Conway.

12 Dated: December 26, 2016

                                                         Ben Conway