Ben Conway, State Bar No. 246410
bconway@publiccounsel.org
**Public Counsel**
610 South Ardmore Avenue
Los Angeles, CA  90005
(213) 637-3823 direct
(213) 385-9089 fax


Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jay F.** and **Shari L.**, individually, and A.F., a minor, by and through his guardian ad litem, Shari L., <br><br> Plaintiffs, <br><br> v. <br><br> **William S. Hart Union High School District**, a local educational agency, <br><br> Defendant. | Case No.: 2:16-cv-05117 SJO (GJSx) <br><br> [proposed] Order Granting Plaintiffs' Motion to Supplement the Administrative Record <br><br> Hon. S. James Otero <br> Date: January 30, 2017 <br> Time: 10:00am <br> Location: Courtroom 10C, Tenth Floor, 350 W. 1st St., Los Angeles, CA 90012 |

## [proposed] Order

The Court, having heard and considered the pleadings filed by the parties, and having considered oral argument presented at hearing, finds that the Plaintiffs' motion to supplement of the administrative record pursuant to 20 U.S.C. § 1415(i)(2)(C)(ii) should be granted as the proposed evidence is relevant to the issues raised in Plaintiffs' complaint herein, is not cumulative of other evidence in the record, and is otherwise admissible.

The Court hereby ORDERS that Plaintiffs may present the following evidence to this Court:

1. Evidence from the August 2016 non-expedited hearing in the same administrative case to be presented when Plaintiffs lodge the administrative record:
    a. The official administrative evidence copy of the August 24, 2016, Abbreviated Evaluation Report regarding minor A.F. by Dr. Lauren Stevenson;
    b. The official administrative transcript of Dr. Stevenson's August 2016 testimony; and
    c. The official administrative transcript of Laura Ramirez's August 2016 testimony.
2. New evidence to be presented at trial:
    a. The November 13, 2016, Final Evaluation Report regarding minor A.F. by Dr. Stevenson;
    b. June 2017 trial testimony of Dr. Stevenson in this matter on the relationship between A.F.'s disability and his behaviors in 2015.

Dated: _____           _____
                                   Hon. S. James Otero
                                   United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[proposed] Order Granting Plaintiffs' Motion to Supplement