1  BARRETT K. GREEN, Bar No. 145393
   bgreen@littler.com
2  DANIEL GONZALEZ, Bar No. 223517
   dlgonzalez@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East
4  5th Floor
   Los Angeles, CA  90067.3107
5  Telephone:  310.553.0308
   Facsimile:   310.553.5583
6
   Attorneys for Defendant
7  WILLIAM S. HART UNION HIGH SCHOOL
   DISTRICT, A LOCAL EDUCATIONAL
8  AGENCY,

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  Jay F. and Shari L., individually, and        Case No.  2:16-CV-05117 SJO (GJSX)
    A.F., a minor, by and through his
13  guardian ad litem, Shari L.,,                  ASSIGNED FOR ALL PURPOSES TO
                                                   THE HON. S. JAMES OTERO
14              Plaintiff,
                                                   **DECLARATION OF DANIEL
15  v.                                             L. GONZALEZ IN SUPPORT
                                                   OF DEFENDANT WILLIAM S.
16  William S. Hart Union High School             HART UNION HIGH SCHOOL
    District, a local educational agency,          DEFENDANT'S OPPOSITION
17                                                 TO PLAINTIFFS' MOTION
                Defendant.                         TO SUPPLEMENT THE
18                                                 ADMINISTRATIVE RECORD**

19

20                                                 Hearing Date: January 30, 2017
                                                   Time: 10:00 a.m.
21                                                 Location: Courtroom 10C,
22                                                        Tenth Floor,
                                                        350 W. 1st St.,
23                                                        Los Angeles, CA 90012

24

25

26

27

28

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

                                        1.

**<u>DECLARATION OF DANIEL GONZALEZ</u>**

I, DANIEL GONZALEZ, declare as follows:

1.      I am an attorney at law duly licensed to practice before all state and this federal court in the State of California.  I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, and counsel of record for Defendant William S. Hart Union High School District (the "District"), in the above-captioned action. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify thereto. As an attorney in Littler' Los Angeles Office, I am familiar with the office's record keeping practices.  Among other things, when decisions are received in one of my cases, they are placed in a pleading file.  Similarly, witness lists and prehearing conference statements are also placed in witness files.  I make this declaration in support of Defendant William S. Hart Union High School Defendant's Opposition To Plaintiffs' Motion To Supplement The Administrative Record.

2.   On or about November 18, 2016 is spoke with Plaintiff's counsel regarding their intentions to file a motion to supplement the record on appeal.  I informed Plaintiffs' counsel that the District would oppose such a motion and that if it were granted, the District would also move to supplement the record with their own expert(s) that they intend to call in rebuttal to the Plaintiffs' expert.

3. I represented the District in both administrative hearings brought regarding Student A.F.   The November 13, 2016 from Dr. Stevenson that Plaintiffs now seek to use to supplement the appellate record was not discussed or introduced any of the two administrative hearing concerning the Student.

4. I have reviewed the documents attached to the request for judicial notice filed herewith and confirm that Exhibit 1 attached thereto is a true and correct copy of the California Office of Administrative Hearing Decisions in Case No. 2016020807, issued on April 18, 2016 ("First Hearing Decision"), Exhibit 2 is a true and correct copy of Redacted excerpts of Petitioners' Prehearing Conference Statement submitted

1  by Plaintiffs in in the underlying Office of Administrative Hearing, Case No.

2  2013080807, and Exhibit 3 is a true and correct copy of California Office of

3  Administrative Hearing Decisions in Case No. 2016020807, issued on October 24,

4  2016 ("Second Hearing Decision").

5      I declare under penalty of perjury under the laws of the United States of

6  America that the foregoing is true and correct.

7

8      Executed on this 9th day of January, 2017 at Los Angeles, California.

9                                   /S/ DANIEL L. GONZALEZ

10                                  DANIEL  L. GONZALEZ

11

   Firmwide:144858316.1 018896.2282
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28