California and Federal law to provide safeguards to expelled students which simply do not exist. For this reason, the decision should be reversed.

## V.

## CONCLUSION

For the foregoing reasons, the District respectfully requests that the Court overturn the ALJ's finding and instead find that the District was not required to conduct a second manifestation determination before it reinstated Student's suspended expulsion.

Dated:   May 8, 2017

/s/ Daniel L. Gonzalez
BARRETT K. GREEN
DANIEL L. GONZALEZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WILLIAM S. HART UNION HIGH SCHOOL DISTRICT, A LOCAL EDUCATIONAL AGENCY

Firmwide:147510771.1 018896.2282

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

20.