Barrett K. Green, CA Bar No. 145393
Daniel L. Gonzalez, CA Bar No. 223517
Name Littler Mendelson, P.C.
Address 2049 Century Park East, Fifth Floor
City, State, Zip Los Angeles, CA 90067
Phone 310.553.0308
Fax 310.553.5583
E-Mail bgreen@littler.com; dlgonzalez@littler.com
☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAY F., et al.

PLAINTIFF(S),

v.

WILLIAM S. HART UNION HIGH SCHOOL DISTRICT

DEFENDANT(S).

CASE NUMBER:
CV 16-05117 TJH (GJSx)
Consolidated Case Nos.:
CV 16-05226 TJH (GJSx)
CV 17-00479 TJH (GJSx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that WILLIAM S. HART UNION HIGH SCHOOL DISTRICT hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

## Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

## Civil Matter

☒ Order (specify): Same Order in 3 different cases:
August 2, 2017, Findings of Fact and Conclusions of Law (2:16-cv-05117) (Exhibit A)
August 2, 2017, Findings of Fact and Conclusions of Law (2:16-cv-05226) (Exhibit B)
August 2, 2017, Findings of Fact and Conclusions of Law (2:17-cv-00479) (Exhibit C)

☐ Judgment (specify):

☐ Other (specify):

☐ Bail status:

Imposed or Filed on August 2, 2017 . Entered on the docket in this action on
August 2, 2017 (2:16-cv-05117)
August 10, 2017 (2:16-cv-05226)
August 10, 2017 (2:17-cv-00479)

A copy of said judgment or order is attached hereto.

August 31, 2017
Date

Signature

☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

Plaintiff Jay F., et al.
Ben Conway, Esq.
Public Counsel Law Center
610 South Ardmore Avenue
Los Angeles, CA 90008
Telephone: (213) 385-2977 ext 164
Facsimile: (213) 385-9089
**(Attorneys for Plaintiff Jay F., et al.)**

Defendant William S. Hart Union High School District
Barrett K. Green, Esq.
Daniel L. Gonzalez, Esq.
Littler Mendelson, P.C.
2049 Century Park East, Fifth Floor
Los Angeles, CA 90067
Telephone: (310) 553-0308
Facsimile: (310) 553-5583
**(Attorneys for Defendant William S. Hart Union High School District)**