UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

JAY F.; et al.,

        Plaintiffs - Appellees,

 v.

WILLIAM S. HART UNION HIGH SCHOOL DISTRICT,

        Defendant - Appellant.

No. 17-56328

D.C. Nos. 2:16-cv-05117-TJH-GJS,
2:16-cv-05226-TJH-GJS,
2:17-cv-00479-TJH-GJS

U.S. District Court for Central California, Los Angeles

**MANDATE**

---

JAY F.; et al.,

        Plaintiffs - Appellants,

 v.

WILLIAM S. HART UNION HIGH SCHOOL DISTRICT,

        Defendant - Appellee.

No. 17-56418

D.C. Nos. 2:16-cv-05117-TJH-GJS,
2:16-cv-05226-TJH-GJS,
2:17-cv-00479-TJH-GJS

U.S. District Court for Central California, Los Angeles

---

JAY F.; et al.,

        Plaintiffs - Appellees,

 v.

WILLIAM S. HART UNION HIGH

No. 18-55205

D.C. Nos. 2:16-cv-05117-TJH-GJS,
2:16-cv-05226-TJH-GJS,
2:17-cv-00479-TJH-GJS

| | |
|---|---|
| SCHOOL DISTRICT,<br><br>　　　　Defendant - Appellant. | U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered July 01, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: Rhonda Roberts
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7